NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEGRATED TECHNOLOGY SOLUTIONS LLC,**

*Plaintiff-Appellant*

v.

**IRACING.COM MOTORSPORT SIMULATIONS, LLC,**

*Defendant-Appellee*

---

2023-1092

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:21-cv-11477-IT, Judge Indira Talwani.

---

## O R D E R

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2     INTEGRATED TECHNOLOGY SOLUTIONS LLC v. iRACING.COM
                                        MOTORSPORT SIMULATIONS, LLC

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

January 20, 2023
        Date                           /s/ Peter R. Marksteiner
                                       Peter R. Marksteiner
                                       Clerk of Court

**ISSUED AS A MANDATE:** January 20, 2023